UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 14-2210

———————

LINDA SANDERS,

                    Plaintiff - Appellant,

          v.

DEERFIELD EPISCOPAL RETIREMENT COMMUNITY, INCORPORATED,

                    Defendant - Appellee,

          and

DEERFIELD E. RETIREMENT,

                    Defendant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:13-cv-00202-MOC-DLH)

———————

Submitted:  January 15, 2015          Decided:  January 20, 2015

———————

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Linda Sanders, Appellant Pro Se.  Jonathan Woodward Yarbrough, CONSTANGY BROOKS & SMITH, LLP, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linda Sanders appeals from the district court's order adopting the recommendation of the magistrate judge and dismissing her civil action without prejudice for failure to perfect service in a timely manner on Defendant Deerfield Episcopal Retirement Community, Incorporated. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. Deerfield Episcopal Retirement Cmty., Inc., No. 1:13-cv-00202-MOC-DLH (W.D.N.C. Oct. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED